DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RITA ANN ORTIZ,**
Appellant,

v.

**GERALD ORTIZ,**
Appellee.

No. 4D22-624

[November 23, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Brett M. Waronicki, Judge; L.T. Case No. 432019DR000917DRAXMX.

Michael J. Hogsten, Palm City, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***